# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---
No. 98-20021
---

D.C. Docket No. H-96-CV-3036

HOUSTON CONTRACTORS ASSOCIATION; ET AL

    Plaintiffs

HOUSTON CONTRACTORS ASSOCIATION

    Plaintiff - Appellee

v.

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY; ET AL

    Defendants

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY

    Defendant - Appellant

Appeals from the United States District Court for the Southern District of Texas, Houston.

Before POLITZ, HIGGINBOTHAM, and DAVIS, Circuit Judges.

## J U D G M E N T

This cause came on to be heard on the record on appeal and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that costs be taxed against Houston Contractors.

ISSUED AS MANDATE: SEP 10 1999